# UNITED STATES DISTRICT COURT
# DISTRICT OF KANSAS
# KANSAS CITY DIVISION

| | |
|---|---|
| SAINABOU NDONG, | ) Case No.: 2:19-cv-02723-JWB-JPO |
| Plaintiffs, | ) |
| v. | ) Judge John W. Broomes |
| ADVANCED CALL CENTER TECHNOLOGIES, LLC, | ) |
| Defendant. | ) |

## NOTICE OF SETTLEMENT

Plaintiff, Sainabou Ndong, notifies the Court that Plaintiff and Defendant Advanced Call Center Technologies, LLC, have resolved all claims between them in this matter and are in the process of completing the final settlement documents and filing the appropriate dismissal pleadings. The parties requests that the Court retaind jurisdiction for thirty (30) days for any matters related to completing and/or enforcing the settlement and stay all remaining discovery deadlines.

Dated: January 21, 2020.

By: */s/ Gary Eastmen*
Gary Eastman # 18939
The Eastman Law Firm
4901 W. 126th St., Suite 240
Leawood, KS 66224
Tel: (913) 908-9113
Email: gary@eastmanlawfirm.com
Attorney for Plaintiff, Sainabou Ndong

## **CERTIFICATE OF SERVICE**

      I certify that on January 21, 2020, I filed the foregoing Plaintiff, SAINABOU NDONG Notice of Settlement using the Court's CM/ECF system, which will provide notice to the following:

Tony Shapiro, KS #17965
8826 Santa Fe Dr., Suite 110
Overland Park, KS 66212
Tel: (913) 491-1120
Fax: (913) 491-1122
Email: tshapiro@grsm.com
Attorney for Defendant

                                              By: */s/ Gary Eastmen*
                                              Gary Eastman # 18939
                                              The Eastman Law Firm
                                              4901 W. 126th St., Suite 240
                                              Leawood, KS 66224
                                              Tel: (913) 908-9113
                                              Email: gary@eastmanlawfirm.com
                                              Attorney for Plaintiff, Sainabou Ndong