# UNITED STATES DISTRICT COURT
# DISTRICT OF KANSAS
# KANSAS CITY DIVISION

| | |
|---|---|
| SAINABOU NDONG,<br><br>    Plaintiff,<br><br>v.<br><br>ADVANCED CALL CENTER TECHNOLOGIES, LLC,<br><br>    Defendants. | Case No: 2:19-cv-02723-JWB-JPO<br><br>*ELECTRONICALLY FILED* |

## JOINT STIPULATION OF DISMISSAL WITH PREJUDICE

Plaintiff, Sainabou Ndong ("Plaintiff"), and Defendant Advance Call Center Technologies, LLC, ("Defendant"), pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), hereby stipulate to the dismissal of Plaintiff's Complaint and all claims in this action against Defendant WITH PREJUDICE, with each party to bear their own costs and fees. The Plaintiff and Defendant respectfully request that this Court enter any further order necessary to effectuate the dismissal of this action with prejudice.

JOINTLY SUBMITTED BY:

*/s/ Tony Shapiro (with permission)*
Tony Shapiro (# 17965)
Gordon Rees Scully Mansukhani, LLP
8826 Santa Fe Dr., Suite 110
Overland Park, KS 66212
Tel: (913) 491-1120
Fax: (913) 491-1122
Email: tshapiro@grsm.com
*COUNSEL FOR DEFENDANT*

*/s/ Gary Eastman*
Gary Eastman (#50767)
The Eastman Law Firm
4901 W. 126th St., Suite 240
Leawood, KS 66224
Tel: (913) 908-9113
Email: gary@eastmanlawfirm.com
*COUNSEL FOR PLAINTIFF*

2

## CERTIFICATE OF SERVICE

I hereby certify that on the 4th day of March 2020, I electronically filed the foregoing Stipulation of Dismissal using the CM/ECF System, which will notify all registered parties.

Tony Shapiro
Gordon Rees Scully Mansukhani, LLP
8826 Santa Fe Dr., Suite 110
Overland Park, KS 66212
Tel: (913) 491-1120
Fax: (913) 491-1122
Email: tshapiro@grsm.com
*COUNSEL FOR DEFENDANT*

　　　　　　　　　　　　　　　　　　　　　　　　　*/s/ Gary Eastman*
　　　　　　　　　　　　　　　　　　　　　　　　　Gary Eastman
　　　　　　　　　　　　　　　　　　　　　　　　　The Eastman Law Firm
　　　　　　　　　　　　　　　　　　　　　　　　　4901 W. 126th St., Suite 240
　　　　　　　　　　　　　　　　　　　　　　　　　Leawood, KS 66224
　　　　　　　　　　　　　　　　　　　　　　　　　Tel: (913) 908-9113
　　　　　　　　　　　　　　　　　　　　　　　　　Email: gary@eastmanlawfirm.com
　　　　　　　　　　　　　　　　　　　　　　　　　Attorney fo Plaintiff, SAINABOU NDONG