**UNITED STATES DISTRICT COURT**
**DISTRICT OF ARKANSAS**
**KANSAS CITY DIVISION**

| | |
|---|---|
| SAINABOU NDONG,<br><br>　　　　Plaintiff,<br><br>v.<br><br>ADVANCED CALL CENTER<br>TECHNOLOGIES, LLC,<br><br>　　　　Defendants. | Case No: 2:19-cv-02723-JWB-JPO |

**ORDER OF DISMISSAL**

Plaintiff, Sainabou Ndong ("Plaintiff"), and Defendant, Advanced Call Center Technologies, LLC, ("Defendant"), having filed a Joint Stipulation of Dismissal with Prejudice, and the Court being otherwise sufficiently advised,

IT IS HEREBY ORDERED that Plaintiff's Complaint and all claim against Defendant are DISMISSED WITH PREJUDICE. Each party shall bear their own costs and attorney's fees.

SO ORDERED this 9th day of March, 2020.

　　　　　　　　　　　　　　　　　　　s/ John W. Broomes
　　　　　　　　　　　　　　　　　　　JOHN W. BROOMES
　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE